UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SHAWN A. DUFFY, | ) | Civ. 13-4072-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| DR. DAVIDSON, | ) | |
| Mental Health Physician, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant, Dr. Davidson, and against plaintiff, Shawn A. Duffy.

Dated June 3, 2014.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE